UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:11-cr-0036  (L/F) |
| | ) | |
| FARON HAYCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Faron Haycock's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves

and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed

of imprisonment of 12 months and 1 day in the custody of the Attorney General.  It is recommended

that Mr. Haycock be designated by the Bureau of Prisons to the Farm Camp at United States

Penitentiary at Marion, Illinois.  Upon Mr. Haycock's release from confinement, he will be subject

to one year of supervised release, under the conditions imposed at sentencing.

SO ORDERED this __30th__ day of March, 2012.

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
Assistant U. S. Attorney
Brant.Cook@usdoj.gov

Juval Scott,
Office of Indiana Federal Community Defender
Juval.Scott@fd.org

U. S. Parole and Probation

U. S. Marshal