UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 1:11-cr-00036-JMS-MJD-1 |
| | ) | |
| FARON HAYCOCK, | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation that Faron Haycock's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and imposes a sentence of 12 months and one day imprisonment in the custody of the Attorney General. Upon Mr. Haycock's release from confinement, he will not be subject to supervised release.

SO ORDERED.

09/24/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to counsel of record via ECF only.